■ NEW YORK EXPOSITIONS, INC., v. COLISEUM EXHIBITION CORPORATION et al.— Motion to dismiss appeal granted on consent. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ ANITA BREGER v. HERBERT J. BREGER.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ DELL PUBLISHING CO., INC., v. MODERN LIVING COUNCIL OF CONN., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of MAE DIAMOND against JAROLD SHOPS, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of BURTON MANUFACTURING, INC., against JOINT BOARD OF SHIRT, LEISUREWEAR, ROBE, GLOVE AND RAINWEAR WORKERS' UNION OF AMALGAMATED CLOTHING WORKERS' OF AMERICA.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ JACK C. TURK v. BERNARD RICKSEIT et al.— Motion to dismiss appeal granted with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ UMBERTO DI GIOVANNI v. ASSUNTA STARA DI GIOVANNI.— Motion for stay granted on consent insofar as to extend appellant's time to serve and file the record on appeal and appellant's points to and including July 15, 1958, and to stay the respondent from taking any proceedings or commencing any action against the petitioner-appellant, except in this proceeding, pending the hearing and final determination of the appeal. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between GERA FABRICS DIVISION, PETER FULLER ENTERPRISES, INC. and LIBERTY FABRICS OF NEW YORK, INC.— Motion for stay granted upon consent of the parties, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 28, 1958, with notice of argument for September 9, 1958, said appeal to be argued or submitted when reached, and upon the further condition that appellant continues in full force and effect, during the pendency of the appeal, the undertaking in the amount of $5,000 heretofore filed by the appellant to secure payment of any award which may be made in this proceeding. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

## (June 23, 1958)

■ In the Matter of RAMON SERRA, Appellant. ADELAIDA BAYRON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.